

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-12-00516-CR

The **STATE** of Texas,
Appellant

v.

Christopher David **YBARRA**,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A-12-28
Honorable N. Keith Williams, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice
               Rebeca C. Martinez, Justice

Delivered and Filed:  January 9, 2013

DISMISSED

On December 20, 2012, the State filed a motion to dismiss its appeal.  The motion is granted, and the appeal is dismissed.  *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

Do not publish